

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-0035-11 & PD-0036-11

## WILLIAM ALLEN COOPER, Appellant

### v.

## THE STATE OF TEXAS

## ON STATE'S PETITION FOR DISCRETIONARY REVIEW
## FROM THE SIXTH COURT OF APPEALS
## RED RIVER COUNTY

*Per Curiam.*

## O P I N I O N

Appellant was convicted in two causes of improper photography or visual recording. On appeal, the court of appeals held the evidence legally insufficient, reversed the convictions, ordered judgments of acquittal, and issued mandates on the same day. *Cooper v. State*, No. 06-10-00083-CR slip op. (Tex. App.–Texarkana Nov. 16, 2010); *Cooper v. State*, No. 06-10-00084 slip op. (Tex. App.–Texarkana Nov. 16, 2010).

The State has now filed a consolidated petition for discretionary review, alleging in part that the court of appeals erred to simultaneously issue the mandates along with the judgments, in violation of Rule of Appellate Procedure 18. We agree. Rule 18 does not authorize the immediate issue of a mandate except in the case of agreement by the parties or for good cause on the motion of a party. TEX. R. APP. P. 18.1(c). Otherwise, the court of appeals may not issue its mandate until 10 days after the time for filing a petition for discretionary review (including any motions for extensions of time) has passed. *Id.* at 18.1(a).

We summarily grant ground (1) of the State's consolidated petition for discretionary review, and order the court of appeals to withdraw its mandates and re-issue mandates at the proper time in accordance with provisions of Rule 18. We refuse the State's remaining grounds.

The Clerk of this Court will send copies of this opinion to the Court of Appeals for the Sixth District, the State Prosecuting Attorney, the District Attorney for Red River County, and Appellant.


Delivered June 29, 2011
Do Not Publish

Keller, P.J., would grant all grounds.